BOB LOWE TRUCK & TRACTOR CO., INC. *v.* DROGE EQUIPMENT CO.

No. 39594          May 2, 1955          79 So. 2d 733

*Teller & Biedenharn,* Vicksburg, for appellant.

*Dent, Ward & Martin,* Vicksburg, for appellee.

134

APPELLANT IN REPLY.

ARRINGTON, J.

■■■ ■ We have carefully reviewed the record in this case, and we are of the opinion that the conclusions reached by the chancellor, both as to the law and the facts, are correct. It follows, therefore, that the cause should be and is affirmed on both direct and cross appeal.

Affirmed on direct and cross appeal.

*McGehee, C. J.,* and *Lee, Holmes,* and *Ethridge, JJ.,* concur.